# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ALLIANCE FOR NATURAL HEALTH US, et al., | ) ) ) |  |
| Plaintiffs, | ) ) |  |
| v. | ) ) | Civil Action No. 09-01470 (ESH) |
| KATHLEEN SEBELIUS, et al., | ) ) ) |  |
| Defendants. | ) ) |  |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that plaintiffs' motion for summary judgment is **GRANTED IN PART AND DENIED IN PART**; it is further

**ORDERED** that defendants' motion for summary judgment is **DENIED;** and it is further

**ORDERED** that this case is **REMANDED** to the FDA for the purpose of: 1) drafting one or more disclaimers to accompany plaintiffs' certain cancers, anticarcinogenic, and prostate claims, or, alternatively, setting forth empirical evidence that disclaimers would fail to correct the claims' purported misleadingness; 2) determining an appropriate disclaimer to accompany plaintiffs' lung and respiratory tract claim in light of the SU.VI.MAX study; and 3) reevaluating plaintiffs' colon and digestive tract claim and drafting one or more disclaimers.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

DATE:  May 27, 2010